COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-14-00939-CR

Style:     Mireya Patino Garcia

    **v** The State of Texas

Date motion filed[*]:     July 27, 2015

Type of motion:     Motion to substitute as attorney in charge

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?     No

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

    **The Clerk of this Court is ordered to substitute Chadrick S. Henderson for Joshua Willoughby as the appellants' counsel of record.** *See* **TEX. R. APP. P. 6.5(d).**

Judge's signature: /s/ Harvey Brown

        ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: August 4, 2015